make the notifications specified in GCR 1963, 933. Any comments with reference to the adoption of the proposed amended District Court Rule 114 may be forwarded to the Michigan Supreme Court Clerk within 90 days from the publication of this order in the State Bar Journal.

JANUARY 9, 1976

McPHERSON v FITZPATRICK. (Docket No. 57453.) The delayed application for leave to appeal is considered and, it appearing to this Court that the case of *Pittman v Taylor Board of Education* (Docket No. 54584) and *Thomas v State Highway Department* (Docket No. 55185) are presently pending on appeal before this Court and that the decision in those cases may be decisive of the issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *Pittman v Taylor Board of Education* and *Thomas v State Highway Department. Albert Best* for plaintiff-appellant. *Kermit G. Bailer,* Corporation Counsel, and *Alfred Sawaya* and *Joseph D. Echelberry,* Assistants Corporation Counsel, for defendant-appellee Detroit Police Department. Reported below: 63 Mich App 461.

COLEMAN and RYAN, JJ., would deny leave to appeal.

PEOPLE v GOODSPEED. (Docket No. 57496.) The application for leave to appeal is considered and, it appearing to this Court that the case of *People v Howell* (Docket No. 55799) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *People v Howell.* The motion by defendant-appellant requesting waiver of fee in Supreme Court is considered, and the same is hereby granted. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *John Smietanka,* Prosecuting Attorney, and *Sally M. Zack,* Assistant Prosecuting Attorney, for the people. *John E. Dewane* for defendant-appellant. Case below, Court of Appeals No. 22402, per curiam opinion of August 29, 1975.